■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS GUAMAL, Appellant. [960 NYS2d 917]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Dwyer, J.), imposed January 25, 2011, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant did not validly waive his right to appeal (*see People v Bradshaw*, 18 NY3d 257 [2011]). However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Skelos, Roman, Cohen and Hinds-Radix, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v GERRY HAYNES, Defendant. [961 NYS2d 782]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Kings County, rendered June 17, 1987.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Eng, P.J., Rivera, Leventhal and Miller, JJ., concur.